Argued and submitted April 6, modified and remanded May 2, 1984

In the Matter of the Compensation
of Bill R. Anderson, Claimant.

ANDERSON,
*Petitioner,*

*v.*

SAIF CORPORATION,
*Respondent.*

(82-02459; CA A29098)

680 P2d 391

Janet A. Metcalf, Portland, argued the cause for petitioner. With her on the brief were January V. Roeschlaub, Mt. Angel, and English & Metcalf, Portland.

Donna Parton Garaventa, Assistant Attorney General, Salem, argued the cause and filed the brief for respondent. With her on the brief were Dave Frohnmeyer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

Claimant appeals from a Workers' Compensation Board (Board) order affirming and adopting a decision of the referee. Recitation of the facts, and of the contentions of the parties, would not benefit bench or bar. We modify the "ORDER" portion of the referee's decision by deleting from the first paragraph thereof the words, "* * * and reopen the same at the time claimant submits to the surgery proposed by Dr. Poulson." The case is remanded to the Board for further proceedings to determine to what compensation, if any, claimant is entitled.

Order modified to eliminate provision concerning surgery; remanded for further proceedings.